UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case: 1:26-mj-00208 |
| v. | : | Assigned To : Upadhyaya, Moxila A. |
| | : | Assign. Date : 11/12/2026 |
| WILLIAM CARL HESS | : | Description: COMPLAINT W/ARREST WARRANT |
| | : | |
| Defendant. | : | |
| | : | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Thomas Sullivan, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging WILLIAM CARL HESS ("HESS") with Distribution of Child Pornography in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1). Specifically, on or about October 19, 2026, HESS knowingly distributed child pornography via the mobile messaging application Telegram into the District of Columbia.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

## AFFIANT BACKGROUND

4. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I am a Detective with the Metropolitan Police Department of the District of Columbia (MPDC). I have been employed by the MPDC since 2009, I am currently assigned as a Special Deputy United States Marshal to the Federal Bureau of Investigation (FBI) / MPDC Child Exploitation Task Force (CETF) and Northern Virginia Regional Internet Crimes Against Children (ICAC) Task Force, where my duties include investigating cases pertaining to the sexual exploitation of children and online offenses involving children, including the production, transportation, distribution, receipt, and possession of child pornography. During my tenure with the MPDC, I have been assigned to the Third District Patrol Operations, Third District Crime Suppression Team, Third District Vice Unit, Homeland Security Bureau Intelligence Fusion Unit, and, since 2013, to the Youth and Family Services Division (YSFD) where I worked in the Physical and Sexual Abuse Branch (PSAB) prior to being assigned to the task force. I have gained experience through training with the MPDC and in my everyday work related to conducting these types of investigations. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C. § 2252(a)(2), Distribution or Receipt of Child Pornography, and 18 U.S.C. § 2252(a)(4)(b), Possession of Child Pornography. As such, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

5. Based on my training and experience and the facts as set forth in this affidavit, I

respectfully submit that there is probable cause to believe that violations of 18 U.S.C. §§ 2252(a)(2) and (b)(1) (Distribution of Child Pornography) (hereafter, the "TARGET OFFENSE") have been committed by HESS.

**PROBABLE CAUSE**

6. On Monday, October 19, 2026, a Task Force Officer (TFO) assigned to the Federal Bureau of Investigation's (FBI) Child Exploitation and Human Trafficking Task Force (CEHTTF) and operating out of a satellite office in Washington, D.C., was monitoring an online dating application while acting in an undercover (UC) capacity. The UC knows that the dating application being monitored contains individuals involved in online child sexual exploitation. The UC's profile page has the following hashtags displayed on it, "#daddyson, #nolimits, #tabbboo, #tabbo."

7. At approximately 7:37 pm on October 19, 2026, the UC was contacted by the dating application user, BAREBILLY (TARGET ACCOUNT). BAREBILLY messaged the UC, "Hey sexy" and then asked, "Says you into taboo?" The UC advised that he is and that he is "no limits." BAREBILLY asked, "You like younger boys and girls?" and asked if the UC had "Session.[1]" The UC advised that he had "Telegram[2] or Signal[3]" and the TARGET ACCOUNT advised, "My tele[4] is @MRBILLLYY."

8. The UC reviewed the dating application account of BAREBILLY and found that the user listed their age as 65 years old, is 6'00", 180 lbs, and had uploaded the following profile picture to their account.

[1] Session is a privacy focused decentralized, end-to-end encrypted private messenger application available for Android and iOS devices.
[2] Telegram is a cloud-based encrypted instant messaging service located outside the United States which is available for both Android and iOS devices.
[3] Signal is privacy-focused messaging application offering end-to-end encryption for Android and iOS devices.
[4] "tele" refers to Telegram.




9. At approximately 8:07 pm, the UC messaged @MRBILLLYY via Telegram Direct Messenger and @MRBILLLYY asked, "Ok..what do you want to chat about?" The UC advised, "Yes I like younger. Love younger you?" and @MRBILLLYY reported, "Very much. My step dad had sex with me when I was 6." The UC asked, "Did you grow to love it" and @MRBILLLYY stated, "Yes."

10. The UC reviewed the profile of @MRBILLLYY and found that the user had a display name of "William Hess" and had the following photographs attached as his profile pictures.




11. @MRBILLLYY sent a video to the UC of a prepubescent boy removing his pants so he is fully nude and touching his erect penis with his hand. @MRBILLLYY reported, "My nephew. 12." The UC asked, "Did he make that for you?" and advised that his own purported son is nine years old. @MRBILLLYY responded, "Yes..I didn't even know he did" and asked, "Have any?" The UC forwarded a photograph of his purported son to @MRBILLLYY and advised, "I have some."

12. @MRBILLLYY then sent three videos of child sexual abuse material (CSAM) to the UC. The first video depicted a prepubescent boy having his anus penetrated by the erect penis of an adult male who eventually ejaculates onto the child's genitals. The second video showed what appears to be a prepubescent boy touching the erect penis of an adult male and then penetrating his mouth with the erect penis. The third video shows an adult male completely nude wearing a mask to obscure his face sexually abusing a completely nude prepubescent boy laying on a bed also wearing a mask. The adult male penetrates his mouth with the boy's penis and touches the boy's genitals with his hands.

13. @MRBILLLYY informed the UC that he lives in Virginia and indicated he had sexually abused his nephew and grandson. @MRBILLLYY continued to forward the UC additional CSAM which included a video of a prepubescent boy in a bathroom masturbating. @MRBILLLYY reported that the boy in the bathroom was his grandson and "Grandson just got out of tub after I fucked him." @MRBILLLYY indicated that his grandson is twelve years old.

14. @MRBILLLYY forwarded two more videos of CSAM to the UC which included a video of a prepubescent boy nude from the waist down having his anus penetrated by an adult male's erect penis. @MRBILLLYY advised, "See that last video hes 9." The UC asked, "That you fucking him?" and @MRBILLLYY reported, "Yes."

15. The UC asked @MRBILLLYY to verify the videos by taking a photograph holding up three fingers in the bathroom he indicated his grandson had been recorded in. @MRBILLLYY advised the UC, "I only go so far as giving up my personal info..i have no reason to lie." The UC asked, "Whats ur personal info? I typically don't do that." @MRBILLLYY advised, "You went too far..bye" and stopped communicating with the UC.

16. On October 20, 2026, a member of the FBI CEHTTF issued an administrative subpoena to Telegram for the subscriber and internet protocol (IP) logs of @MRBILLLYY.

17. On October 20, 2026, a member of the FBI CEHTTF issued an administrative subpoena to Perry Street Software for the subscriber and IP logs of BAREBILLY.

18. On October 28, 2026, Telegram reported that @MRBILLLYY was registered with a phone number of 727-XXX-3270 and had been accessed last from an IP address of 172.58.242.12 on October 19, 2026.

19. On October 28, 2026, a member of the FBI CEHTTF issued an administrative subpoena to T-Mobile for subscriber records related to 727-XXX-3270. T-Mobile responded the

same day with the requested information and advised the subscriber is William Hess. A billing and service address of XXXX 47th Place in College Park, Maryland (TARGET PREMISES).

20. On October 28, 2026, a member of the FBI CEHTTF issued an administrative subpoena to T-Mobile for the IP address of 172.58.242.12 accessed on October 19, 2026. In response to the subpoena, T-Mobile provided information confirming that the IP address is a mobile IPv4 address which is accessible to all T-Mobile Network users and is not connected to a specific residential account or address.

21. A member of the FBI CEHTTF conducted a records check of the Maryland Motor Vehicle Administration (MVA) and found that William Hess has an active Maryland Driver's License. The license lists a date of birth of XX-XX-1960, and residence which is the TARGET PREMISES as his home address. HESS's driver's license photograph, which is visually similar to the individual depicted in the profile photo on the dating application was also located and follows here:



22. On October 29, 2026, a member of the FBI CEHTTF conducted surveillance at the TARGET PREMISES. The member photographed the TARGET PREMISES and observed a shed in the rear of the residence. The shed and surrounding area appeared to be the same shed from

HESS's Telegram profile pictures. The surveillance photo is below on the left, with the Telegram photo on the right.



23. The member also observed two vehicles parked in the front driveway of the home, one of which was a Ford pickup truck with a Maryland registration of 7GPXXXX. Records indicated the car is registered to William Carl Hess Jr. with a date of birth of XX-XX- 1960 and the 47th Place address was listed as the registered address.

## CONCLUSION

24. For the reasons set forth above, I submit that probable cause exists to believe that on or about October 19, 2026, HESS knowingly distributed child pornography via the messaging application Telegram into the District of Columbia, in violation of 18 U.S.C. §§ 2252(a)(2), (b)(1). I respectfully request that a criminal complaint be issued for HESS.

Respectfully submitted,

Thomas Sullivan
Detective Grade 1
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on November 12, 2026.

The Honorable Moxila A. Upadhyaya
United States Magistrate Judge